JS-6

FILED
CLERK, U.S. DISTRICT COURT

2/27/2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINGAN CHEN, an individual, YANMEI DAI, an individual, LI GE, an individual, PENGMING GUAN, an individual, HONG JIA, an individual, HUI JIANG, an Individual, YINSHAN LAN, an individual, ZHIQUAN PU, an individual, JUE WANG, an individual, ZI WANG, an individual, YI ZHANG, an individual, CHANGDING ZHAO, an individual, JUN HUANG, an individual, YANHONG CHEN, an individual, and WEI YANG, an individual,<br><br>        Plaintiffs,<br><br>  vs.<br><br>CALIFORNIA INVESTMENT IMMIGRATION FUND, LLC, a California limited liability company, VICTORIA CHAN, an individual, HARRIS LAW GROUP, USA LLC, a California limited liability company, TAT CHAN, an individual, ZHENG CHANG, an individual, FANG ZENG, an individual, The Harris Group III, LP, inclusive,<br><br>        Defendants. | Case No. CV 17-7149-MWF(RAOx)<br><br>**DEFAULT JUDGMENT AND INJUNCTION AGAINST ALL DEFENDANTS** |

The above-entitled matter came before the Honorable Michael W. Fitzgerald, United States District Judge, presiding in Courtroom 5A of the above-entitled Court, pursuant to Plaintiffs' Motion for Default Judgment. (Docket No. 31).

Defendants California Investment Immigration Fund, LLC ("CIIF"); Victoria Chan; Harris Law Group USA, LLC; Tat Chan; Zheng Chang; Fang Zeng; and Harris Group III, LP, having been regularly served with process, having failed to retain counsel and defend this action and its default against all Defendants having been entered on December 12, 2017, and upon Plaintiffs having requested judgment against the defaulted Defendants; and having considered Plaintiffs' Motion and supporting papers, and good cause being shown, and pursuant to Rules 54(a), 55(b)(2), 58(a), and 65(d) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be entered as follows:

1. Defendants shall be jointly and severally liable to Plaintiffs for a total of **$26,730,400**, which is inclusive of special damages in the amount of $6,730,400 and punitive damages in the amount of $20,000,000, distributed among the 15 Plaintiffs as follows:

   a) To Plaintiff Mingan Chen, $2,140,000, consisting of the sum of $540,000 in special damages, and $1,600,000 in general and punitive damages;

   b) To Plaintiff Yanmei Dai, $2,140,000, consisting of the sum of $540,000 in special damages, and $1,600,000 in general and punitive damages;

   c) To Plaintiff Pengming Guan, $2,140,000, consisting of the sum of $540,000 in special damages, and $1,600,000 in general and punitive damages;

   d) To Plaintiff Hong Jia, $2,140,000, consisting of the sum of $540,000 in special damages, and $1,600,000 in general and punitive damages;

e) To Plaintiff Hui Jiang, $2,140,000, consisting of the sum of $540,000 in special damages, and $1,600,000 in general and punitive damages;

f) To Plaintiff Yinshan Lan, $2,140,000, consisting of the sum of $540,000 in special damages, and $1,600,000 in general and punitive damages;

g) To Plaintiff Zhiquan Pu, $2,140,000, consisting of the sum of $540,000 in special damages, and $1,600,000 in general and punitive damages;

h) To Plaintiff Jue Wang$2,140,000, consisting of the sum of $540,000 in special damages, and $1,600,000 in general and punitive damages;

i) To Plaintiff Zi Wang, $2,140,000, consisting of the sum of $540,000 in special damages, and $1,600,000 in general and punitive damages;

j) To Plaintiff Jun Huang, $2,140,000, consisting of the sum of $540,000 in special damages, and $1,600,000 in general and punitive damages;

k) To Plaintiff Yanhong Chen, $2,140,000, consisting of the sum of $540,000 in special damages, and $1,600,000 in general and punitive damages;

l) To Plaintiff Wei Yang, the sum of $246,800 and $700,000 in general and punitive damages;

m) To Plaintiff Yi Zhang, the sum of $246,800 and $700,000 in general and punitive damages;

n) To Plaintiff Changding Zhao, the sum of $246,800 and $700,000 in general and punitive damages; and

o) To Plaintiff Li Ge, the sum of $50,000 and $300,000 in general and punitive damages.

2. Defendants and their agents who receive actual notice of this Judgment and Injunction by personal service or otherwise are **ENJOINED** from (a) disposing any proceeds, assets, real property; (b) stripping equity in real property;

(c) transferring any money out of any bank account over which they exercise control; unless the Defendant(s) or their agent(s) have obtained a Court order authorizing such transaction or disposition.

Dated: February 27, 2018

_____
MICHAEL W. FITZGERALD
United States District Judge